Perry *v.* City of Cuthbert; *et vice versa.*

Hill, J.  1. The petition was not subject to demurrer, and the court did not err in overruling the same.

2. Under the pleadings and the evidence the court did not err in refusing an interlocutory injunction.

*Judgment affirmed on both bills of exceptions.  All the Justices concur.*

Nos. 6756, 6802.  May 23, 1929.

*H. A. Wilkinson,* for plaintiff.    *C. W. Worrill,* for defendant.